# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**ROBERT H. FRANK,**    **JUDGMENT**
                       **on a Motion pursuant to**
    **Petitioner,**    **28 U.S.C. § 2241**

**v.**    Case No.: 07-C-548-C

**U.S. PAROLE COMMISSION,**

    **Respondent.**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.

**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

**11/15/07**
_____
**/s/ S. Vogel**    **Date**
_____
**by Deputy Clerk**